AO91 (Rev. 12/03) Criminal Complaint                                      AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT**
vs.

Case Number: 7:14-po-03338

Jose MARTINEZ
IAE A079 690 856
Mexico 1977

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 20, 2014** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Jose MARTINEZ was encountered by Border Patrol Agents near Hidalgo, Texas on May 20, 2014. When questioned as to his citizenship, defendant stated that he was a citizen and national of the Unite Mexican States, who had entered the United States illegally on May 20, 2014 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/S/ De La Garza, Alma  Border Patrol Agent
Signature of Complainant

De La Garza, Alma    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 22, 2014                                               at    McAllen, Texas
Date                                                                  City/State

Dorina Ramos         U.S. Magistrate Judge
Name of Judge        Title of Judge                                    Signature of Judge